UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LORIE GRATKE & TROY GRATKE
ON BEHALF OF THEMSELVES &
ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　ORDER ADOPTING
　　　　　　　　　　　　　　　　REPORT AND RECOMMENDATION

ANDERSEN WINDOWS, INC. &
ANDERSEN CORPORATION,

      Defendants.　　　　　　　　Civil No. 10-963 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS ORDERED** that Plaintiffs' Motion to Dismiss Defendants' Counterclaim [Docket No. 29] is **GRANTED**.


DATED:　　12/28/10　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge